**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00271-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID JUSTICE,
    a/k/a Stanley Hugh Anderson,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The following motions are before the court for consideration: (1) the **Motion To Amend Written Order Pertaining to Discovery Disclosures** [#19][2] filed by pro se defendant on August 6, 2014; (2) the **Amended Motion For Change of Venue** [#20] filed by pro se defendant on August 6, 2014; and (3) defendant's **Unopposed Motion For Enlargement of Time to File Additional Pre-Trial Motions** [#21] filed August 6, 2014. After reviewing the motions and the record, the court has concluded that the motion to amend written order and the amended motion for change of venue should be denied as moot, and that the unopposed motion for enlargement of time should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Motion To Amend Written Order Pertaining to Discovery Disclosures** [#19] filed by pro se defendant on August 6, 2014, is **DENIED** as moot. The court entered its **Amended Discovery Conference Memorandum and Order** [#14] on July 22, 2014;

    2. That the **Amended Motion For Change of Venue** [#20] filed by pro se

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#19]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

defendant on August 6, 2014, is **DENIED** as moot.  The government filed a response on August 5, 2014;

     3.  That the  defendant's **Unopposed Motion For Enlargement of Time to File Additional Pre-Trial Motions** [#21] filed August 6, 2014, is **GRANTED**; and

     4.  That defendant shall have until **August 8, 2014**, in which to file additional Non-CJA pretrial motions.

     Dated:  August 6, 2014