**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00271-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DAVID JUSTICE,
    a/k/a Stanley Hugh Anderson,

    Defendant.

---

### MINUTE ORDER[1]

---

The following motions are before the court for consideration: (1) the **Motion for Change of Venue** [#15][2] filed by the defendant who was representing himself at that time of the filing of the motion on July 28, 2014; and (2) the **Motion For Order for Adoption of Motions** [#23] filed by counsel representing defendant on August 8, 2014.

Regarding the **Motion for Change of Venue**, the defendant requests that the trial be conducted in the federal courthouse located in Grand Junction, Colorado. The request is reasonable and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion for Change of Venue** [#15] filed by the defendant on July 28, 2014, is **GRANTED** to the extent it requests that the trial be conducted in Grand Junction, Colorado;

2. That trial by jury **SHALL COMMENCE** September 22, 2014, at 8:30 a.m., in courtroom 308 of the Wayne Aspinall Courthouse, 402 Rood Avenue, Grand Junction, Colorado 81501, when and where the defendant shall appear in person without further

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

notice, order, or subpoena;

      3.  That the court **RESERVES** five (5) days for trial:

- Monday, September 22, 2014, through Friday, September 26, 2014;

      4.  That the parties **MAY PARTICIPATE** in the Trial Preparation Conference, set September 18, 2014, at 2:00 p.m., in person or by video teleconference;

      5.  The court's **Trial Preparation Conference Order** [#8] entered July 23, 2014, is **AMENDED** to the limited extent necessary to facilitate and implement this order;

      6.  That the **Motion For Order for Adoption of Motions** [#23] filed August 8, 2014, is **GRANTED**; and

      7.  That the motions hearing setting conference set Monday, August 25, 2014, is **VACATED**.

      Dated: August 21, 2014