**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 14-cr-00271-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DAVID JUSTICE,

      Defendant.

---

## ORDER PRESCRIBING JURY SELECTION PROTOCOL

---

**Blackburn, J.**

      Attached is a **Jury Selection Protocol** approved for use in the trial of this case.

      **THEREFORE, IT IS ORDERED** that the attached **Jury Selection Protocol** shall

be used by the court and the parties in the selection of the jury in the trial of this case.

      Dated September 18, 2014, at Denver, Colorado.

                           **BY THE COURT:**

                           Robert E. Blackburn
                           United States District Judge