**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00271-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID JUSTICE,
    a/k/a Stanley Hugh Anderson,

    Defendant.

## ORDER

**Blackburn, J.**

The matter is before the court on the **Government's Motion To Disclose Grand Jury Transcript to Defendant** [#44][1] filed September 19, 2014. After reviewing the motion, the apposite record, and the applicable law, the court concludes that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Motion To Disclose Grand Jury Transcript to Defendant** [#44] filed September 19, 2014, is **GRANTED**; and

2. That a copy of the grand jury transcript of the testimony given by the witness identified in the motion **SHALL BE** given to defense counsel on condition that any copy

---

[1] "[#44]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

of the transcript be retained in the personal custody or office of counsel for the defendant.

Dated September 22, 2014, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge