**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 14-cr-00271-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID JUSTICE,
    a/k/a Stanley Hugh Anderson,

    Defendant.

**ORDER DENYING DEFENDANT'S MOTION
FOR NEW TRIAL**

**Blackburn, J.**

The matter before me is the **Motion for New Trial Based on Ineffective Assistance of Counsel** [#93],[1] filed February 11, 2015, by defendant David Justice *pro se*. I deny the motion.

The law in this circuit is clear. Except in rare and extraordinary circumstances, claims of ineffective assistance are to be brought in a post-trial collateral motion pursuant to 28 U.S.C. § 2255. ***United States v. Boigegrain***, 155 F.3d 1181, 1186 (10th Cir. 1998), **cert. denied**, 119 S.Ct. 828 (1999); ***United States v. Yates***, 22 F.3d 981, 986 (10th Cir. 1994). "Our insistence that, except in extraordinary circumstances, defendants must bring ineffective assistance of counsel claims in collateral proceedings extends to motions for a new trial." ***United States v. Carbajal-Moreno***, 136 Fed. Appx.

---

[1] "[#93]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

163, 165 (10th Cir. June 20, 2005). My discretion to deny the relief requested in this motion is exceedingly broad, and the ineffective assistance of counsel claim of Mr. Justice does not present one of the exceptional circumstances that might indicate that review of his claim is appropriate via a motion for new trial. *See id*. at 165-66.

Thus, I decline to consider these issues at this juncture. In doing so, I express no opinion about the substantive merit of Mr. Justice's claims of ineffective assistance of counsel.

**THEREFORE, IT IS ORDERED** that Mr. Justice's *pro se* **Motion for New Trial Based on Ineffective Assistance of Counsel** [#93], filed February 11, 2015, is **DENIED**, but without prejudice to Mr. Justice seeking relief under 28 U.S.C. § 2255.

Dated February 12, 2015, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge